UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., ) ) ) | |
| Plaintiffs, ) ) | Case No. 4:11CV1100-NAB |
| v.                      ) ) | |
| SNOW HILL BUILDING SOLUTIONS, LLC, et al., ) ) ) | |
| Defendants.         ) | |

## JUDGMENT

Plaintiffs filed this action on September 14, 2011 to recover from defendants Snow Hill Building Solutions, LLC ("Snow Hill Building") and Snow Hill Lumber Co. d/b/a Snow Hill Truss ("Snow Hill Truss") delinquent fringe benefit contributions owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. §185 ("LMRA"). Defendants have not appeared and the Clerk of the Court has entered the default of defendants

Under ERISA, 29 U.S.C. §1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendant Snow Hill Building owes $18,739.44 in delinquent fringe benefit contributions, $3,747.89 in liquidated damages and $1,542.85 in interest, for a total of $24,030.18.  In addition, Snow Hill Truss owes $33,185.25 in delinquent fringe benefit contributions, $6,637.05 in liquidated damages and $2,167.41 in interest, for a total of $41,989.71. The collective bargaining agreement and ERISA, 29 U.S.C. §1132(g)(2), also require defendants to pay plaintiffs' attorneys' fees and costs. Plaintiffs incurred $527.00 in

legal fees and $929.41 in costs, for a total of $1,456.41. Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and that the amount sought for attorneys' fees is reasonable.

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted.

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment by default in favor of plaintiffs and against defendant Snow Hill Building Solutions, LLC in the amount of $24,030.18 as and for delinquent fringe benefit contributions, liquidated damages, interest; in favor of plaintiffs and against defendant Snow Hill Lumber Co. d/b/a Snow Hill Truss in the amount of $41,989.71, as and for delinquent fringe benefit contributions, liquidated damages and interest; and in favor of plaintiffs and against defendants Snow Hill Building Solutions, LLC and Snow Hill Lumber Co. d/b/a Snow Hill Truss., jointly and severally, as and for the legal fees and costs incurred by plaintiffs in this matter, in the amount of $1,456.41.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2011